

**FILED**
MAY 1 5 2017
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

DANIEL ZEMEL, ESQ. (NY, NJ)
78 JOHN MILLER WAY, SUITE 430
KEARNY, NEW JERSEY 07032
PHONE: (862) 227-3106
FAX:   (862) 204-5901
DZ@ZEMELLAWLLC.COM

May 9, 2017

Ms. Jeannette Clark
U.S. District Clerk
Western District of Texas
655 E. Cesar E. Chavez Blvd., Room G65
San Antonio, Texas 78206

Ms. Clark:

    Please find attached my notice of change of office address and a list of my current pending cases in the Western District of Texas. Pursuant to Rule AT-9, please consider this my filing in order to update my address with my current cases. My office address is changing from 70 Clinton Avenue, Suite 3, Newark, New Jersey 07114 to 78 John Miller Way, Suite 430, Kearny, New Jersey 07032. Please advise if there is anything else I need to do to complete this change.

Thank you for your attention to this matter,

Daniel Zemel

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

NOTICE OF CHANGE OF ADDRESS

To the Clerk of this Court and all Parties of record, please note my change of address in the following cases:

5:2017-cv-00276

5:2017-cv-00249

5:2016-cv-01095

5:2016-cv-00971

5:2017-cv-00081

5:2017-cv-00171

5:2016-cv-00996

5:2017-cv-00131

5:2017-cv-00071

5:2017-cv-00213

5:2017-cv-00090

5:2016-cv-01077

1:2016-cv-01003

/S/ Daniel Zemel
Daniel Zemel
ZEMEL LAW LLC
78 John Miller Way, Suite 430
Kearny, New Jersey 07032
(P) 862-227-3106